IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MONTRELL HILLARD                                                                                PLAINTIFF

v.                   Case No. 3:18-cv-00180-KGB/PSH

SUSAN COX, *et al.*                                                           DEFENDANTS

## ORDER

      The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 3). Accordingly, plaintiff Montrell Hillard's complaint is dismissed without prejudice (Dkt. No. 1).

      So ordered this 4th day of February, 2019.

                                                                          Kristine G. Baker
                                                                         United States District Judge