# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MONTRELL HILLARD**                                                                           **PLAINTIFF**

**v.**                        **Case No. 3:18-cv-00180-KGB/PSH**

**SUSAN COX,** *et al.*                                                         **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Montrell Hillard's complaint is dismissed without prejudice.

So adjudged this 4th day of February, 2019.

                                                 _____
                                                Kristine G. Baker
                                                United States District Judge